UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| LEONARD BATES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV406-264 |
| ) | |
| RICHMOND HILL POLICE DEPT., ) | |
| BRYAN COUNTY, ) | |
| ) | |
| Defendants. ) | |

### REPORT AND RECOMMENDATION

In an order dated November 15, 2006, this Court denied plaintiff's motion to proceed *in forma pauperis* and ordered him to submit the full filing fee of $350.00 within 10 days of the order. Doc. 3. The Court warned plaintiff that his failure to submit the filing fee would result in a recommendation that this case be dismissed. Since plaintiff has not paid the full filing fee, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 5th day of January, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA